# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2000

MICHAEL N. MILBY CLERK

**ARMANDO SIMON, TDC# 522486** §

**V.** § **C.A. NO. C-00-90**

**GARY JOHNSON** §

## MOTION FOR SUMMARY JUDGEMENT

### I

Petitioner was revoked in 1999 of his parole on two alleged technical violations, to wit, that he was subscribes to the internet and, secondly, that he was used a computer with which to buy and sell stocks. Neither computers, the internet, nor stocks were a factor in the original offence. Petitioner has been incarcerated for one year on the basis of this revocation.

### II

As per <u>Federal Civil Judicial Procedure and Rules</u> ' rules 12 and 56, the required twenty (20) days have passed for respondent to post a response, and therefore this motion can be filed.

### III

On the basis that (a) No evidence whatsoever was presented at the revocation hearing to substantiate the first allegation   (b)   No objective evidence ( in the form of documents, photograph or even eyewitness testimony )  was  presented at the  hearing, but instead petitioner's alleged admission of usage was a misunderstanding by an overzealous bureaucrat, constituted the sole evidence against him   (c)  Such restrictions are  tantamount to government censorship, prohibited by The Bill of Rights   (d) Said conditions/ restrictions

4

are contrary to U.S v. Mills, 95 9 F 2d 516 ; Tamez v, State 534 SW 2d 686, 691 ; Garrett v. State, 791 Sw 2d 137 ; Lacy v. State 875 SW 2d 3; Morrisey v. Brewer 92 SCT. 2593 ; and (e) Due process was absent in the revocation process.

## CONCLUSION

Petition prays for the Court to render a summary judgement granting relief to petitioner, immediately reinstating his parole in the same city with no additional restrictions and with no previous loss of "street time," so that in effect petitioner is back on schedule to end his parole in August 2000.

Respectfully Submitted,

Armando Simon
TDC # 522486
Garza East Unit
HC 02 BOX 985
Beeville, Tx 78102

### CERTIFICATE OF SERVICE

I certify a true copy of the foregoing instrument was mailed to the above respondent on this __18TH__ day of May 2000.

Armando Simon

" The State of Texas,

" County of __Bee__,

" Before me __James Fitzpatrick__ on this day personally appeared __Armando Simon__ through __T.D.C.J. ID CARD__ to be the person whose name is subscribed to foregoing instrument and acknowledged to me that he executed the same for purposes and consideration therein expressed.

    Given under my hand and seal of office this __18th__ day of __May__ __2000__ A.D.

*[signature]*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

*[Notary seal: JAMES FITZPATRICK, Commission Expires 09-09-2000]*