

Jane Cooper-Hill, U.S. Magistrate Judge
RECEIVED
JUN 1 4 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

United States District Court
Southern District of Texas
FILED
JUN 1 4 2000
6-8-00
MICHAEL N. MILBY CLERK

Dear Sir/Madam:

I have a writ of Habeas Corpus pending in Judge Cooper-Hill's court and I am writing you to find out the scheduled date for a hearing on this matter. Please let me know (you can just handwrite the date below and return this).

Pertinent information: C.A. No. C-00-90, Armando Simon, TDCJ #522486 v. Gary Johnson; an order for service of process was filed May 2nd; a motion for summary judgement filed 20 days later.

While I am on the subject, since I am in the Texas Gulag and can be shipped at a moment's notice, without advance notice, to any one of the countless warehouses maintained by the State, will this be taken into consideration, and measures taken, vis a vis the hearing?

Yours truly,

Armando Simon
TDC #522486
E. Garza
HC0 2 Box 985
Beeville, TX 78102