UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 15 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| v. | § | C. A. NO. C-00-090 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER

Plaintiff has requested information about scheduling in his habeas case (D.E. 6). He is advised that a scheduling order will issue if needed. At this time, however, the respondent's time for filing an answer has not yet passed, and a scheduling order is unnecessary.

Plaintiff is further reminded of his obligation to notify the clerk in the event of a change of address.

SIGNED this ___14___ day of June 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE