IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

*United States District Court*
*Southern District of Texas*
*FILED*
*JUN 19 2000*
*Michael N. Milby, Clerk*

**ARMANDO SIMON, TDC#522486**

V                                                                                    C.A. NO. C-00-90

**GARY JOHNSON**

### ADDENDUM TO MOTION FOR SUMMARY JUDGEMENT

Thirty days is the required time for respondent to file his answer to the Writ Of Habeas Corpus. Over thirty days has passed.

Respondent is a professional attorney and/or has a staff of professional attorneys advicing him, so that ignorance of procedure cannot be raised. Additionally, in previous cases, technical rules of procedure have been raised against pro se petitioners to deny their motions and/or writs. Thirdly, any excuse of being overworked should take into consideration that they would not be overworked if so many individuals were so needlessly, and illegally, incarcerated. Lastly, any delaying tactics by the respondent should take into account the fact that petitioner has been unlawfully incarcerated for a year.

Therefore, petitioner prays that the Motion for Summary Judgement be granted.

A copy of this addendum has been sent to respondent, as was the prior Motion for Summary Judgement. on this date

Armando Simon
TDC # 522486
HC 02 BOX 985
Beeville, Tx 78102

# NOTARY PUBLIC CERTIFICATION

The State of TEXAS, County of BEE,

Before me, _James Fitzpatrick_____ on this day

Personally appeared _Armando Simon_____ through

T.C.D.J. ID CARD to be the person whose name is subscribed to foregoing instrument and acknowledged to me that he executed the same for purposes and consideration therein expressed.

Given under my hand and seal of office

This __15th__ day of __June__, __2000__ A.D.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**JAMES FITZPATRICK**
Commission Expires 09-09-2003