United States District Court
Southern District of Texas
ENTERED

JUN 27 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| VS. | § | C.A. NO. C-00-90 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER TO FILE STATE COURT RECORDS

Petitioner filed the instant § 2254 petition for habeas corpus relief on February 28, 2000, challenging the revocation of his supervised release(DE #1). On June 19, 2000, respondent filed a motion for summary judgment (DE #9). Within the motion for summary judgment, respondent refers to two pleadings filed by petitioner with the state courts: a petition for leave to file a writ of mandamus, Appl. No. 26,427-01, and a state habeas corpus application, Appl. No. 26,427-02. Respondent has not submitted these documents with his motion for summary judgment.

To the extent respondent moves to dismiss the petition on the grounds that certain of petitioner's claims have not been exhausted, respondent relies on Appl. Nos. 26,427-01 and -02 to support his position. Copies of these state court documents are necessary for the resolution of respondent's motion.

Accordingly, respondent is ordered to file with the Court copies of Appl. Nos. 26,427-01 and -02 **within ten (10) days of the date of entry of this Order.** Failure to comply with this Order may result in the motion for summary judgment being stricken.

ORDERED this ___26___ day of June, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE