IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL - 5 2000

Michael N. Milby, Clerk of Court

## MOTION FOR DEFAULT JUDGEMENT

    Now comes Armando Simon, Plaintiff, acting prose and files this his Motion for Default Judgement against Defendant Gary L. Johnson and states :
    1) That a default has been entered against Defendant Gary L. Johnson for failure to answer or otherwise defend in the above entitled matter.
    2) That Defendant is not in the military.
    3) That, consequently, Plaintiff should be : henceforth released on parole without loss of "street time" so that he will finish parole on August 27, 2000 AD, without additional restrictions/ conditions than he had just prior to his July 1, 1999 arrest, without being sent to halfway house or away from his domicile in San Antonio, Texas.

Armando Simon
TDC# 522486
HC 02 BOX 985
Beeville, Tx 78102



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ARMANDO SIMON, §
        PETITIONER §
§
V. § NO. CA-C-0090
§
§
GARY L. JOHNSON, §
        RESPONDENT §

## ORDER

    On this day came before The Court for consideration Petitioner Armando Simon's Writ Of Habeas Corpus and The Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue :

    It is hereby ORDERED, ADJUDGED, AND DECREED that Petitioner Simon's motion of Habeas Corpus is hereby GRANTED. The Respondent's response is DISMISSED WITH PREJUDICE.

    It is so ordered that Armando Simon TDC# 522486, currently being held by The Texas Department Of Criminal Justice be released forthwith, his parole reinstated with no loss of "street time" so that he will finish parole on August 27, 2000 AD. No additional conditions or restrictions are to be imposed on him upon his release by The Parole Board or its representatives as punishment for filing The Writ Of Habeas Corpus that were not in place on July 1, 1999 AD. Upon his release, Plaintiff is not to be assigned to live in a city other than San Antonio, nor will he be sent to an Intermediate Sanction Facility (ISF) or a halfway house, but will instead reside at his home.

                          SIGNED this_____day of_____2000 AD.

                          _____
                          JUDGE PRESIDING

# CERTIFICATE OF SERVICE

I, Armando Simon, Petitioner do certify that a true and correct copy of the attached Proposed Order was mailed to Respondent on this day 3rd of July 2000 AD.

Armando Simon
Petitioner