TO THE HONORABLE JUDGE:

One of the blanket restrictions imposed on all "sex offenders," regardless of the details of the original offence, is a restriction from any kind of contact with all minors. If Petitioner obtains habeas relief from the Court, then a physical separation would necessarily have to occur between himself and his family for the remaining month of mandatory supervision, which ends in August, or his mandatory supervision would be revoked and he would be returned to prison. A procedure exists whereby a person is allowed to live/visit with his children but it is one that must be scheduled months in advance and includes a polygraph and is obviously one that Petitioner could not have undertaken because of his illegal incarceration.

Armando Simon, Petit.

Certificate of Service

I certify a true copy of this instrument was mailed to Respondent on this 2nd day of July 2000 AD.

Armando Simon

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ARMANDO SIMON,          §
    PETITIONER          §
                        §
v.                      §    NO. CA-C-0090
                        §
GARY L. JOHNSON,        §
    RESPONDENT          §

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT PETITIONER ARMANDO SIMON MAY RESIDE WITH HIS WIFE TELLY FEBRIANTI SIMON AND ONE YEAR OLD DAUGHTER AMANDA SIMON.

SIGNED THIS ___ DAY OF JULY, 2000 AD.

_____
JUDGE PRESIDING

July 2, 2000

TO THE HONORABLE JUDGE :

    One of the blanket restriction imposed on all "sex offenders," regardless of the details of the original offence, ia a restriction from any kind of contact with all minors. If Petitioner obtains Habeas relief from the Court, then a physical separation would necessarily have to occur between himself and his family for the remaining month of mandatory supervision, which ends in August, or his mandatory supervision would be revoked and he would be returned to prison. A procedure exists whereby a person is allowed to live/ visit with his children but it is one that must be scheduled months in advance and includes a polygraph and is obviously one that Petitioner could not have undertaken because of his illegal incarceration.

                                                                                              Armando Simon, Petitioner

## CERTIFICATE OF SERVICE

    I certify a true copy of this instrument was mailed to respondent on this 2nd day of July 2000 AD.

                                                                                               Armando Simon

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ARMANDO SIMON, §
§
             PETITIONER §
§
V. §
§      NO. CA-C-00-90
§
GARY L. JOHNSON, §
§
             RESPONDENT §

## ORDER

    It is hereby ORDERED, ADJUDGED and DECREED that Petitioner Armando Simon may reside with his wife, Telly Febrianti Simon, and one year old daughter Amanda Simon.

                         SIGNED this_____day of July, 2000 AD.


                         _____
                         JUDGE PRESIDING