IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

Armando Simon
v.
Gary Johnson

§
§
§
§
§

C.A. NO. C-00-90

United States District Court
Southern District of Texas
FILED
JUL 31 2000
Michael N. Milby, Clerk

## MOTION FOR HEARING

NOW COMES Armando Simon, acting pro se, respectfully presenting to the Court a Motion for Hearing and requesting a Scheduling Order for the purpose of Plaintiff obtaining a speedy relief from his illegal incarceration. Plaintiff would show that:

Respondent in this case has defied the Court's Orders. Respondent has not filed the document ordered by the Court to be filed within 10 days of June 27. If Respondent has filed, he has not furnished a copy to Petitioner as per a May 2nd Order requiring copies of documents to be furnished to adversaries.

21.

## II

Respondent in this case has willfully attempted to deceive the Court, when, in the Respondent's Motion for Summary Judgement, he stated that Petitioner's Habeas Corpus was a "mixed petition" in as much as 4 of the grounds cited were, in fact, cited in the original State petition. Respondent failed to provide the Court with a copy of the original petition which would invalidate his assertion. Respondent has also failed to provide the Court with a copy of the document in blatant defiance of Order dated June 27.

Petitioner, in his rebuttal, furnished the Court with a copy of the document and it is hoped that the Court did not mistake this as Respondent having complied with the June 27 Order and supplied the Court with the desired document.

## III

Respondent furthermore defied the Court's Order for Service of Process by filing, not a response, but a motion, a completely different entity from that ordered by the Court on, not on the June 15 deadline or before, but on the June 20.

## IV

A prior Motion to Strike, submitted by Petitioner, may have been granted by the Court.

-3-

## V

THE CASE IS SIMPLE AND STRAIGHTFORWARD. THERE ARE NO COMPLICATIONS INVOLVED. A SIMPLE RULING IS DESIRED. RESPONDENT HAS NOT QUESTIONED PETITIONER'S GROUNDS OF CASE LAW OR CONSTITUTIONALITY RAISED BUT HAS INSTEAD OPTED FOR PROCEDURAL ONE-UPSMANSHIP REGARDING THE HABEAS WRIT ITSELF. RESPONDENT'S POSITION IS ESSENTIALLY INDEFENSIBLE.

## VI

ANY FURTHER DELAY IN RESOLVING THE CASE IS SIMPLY POINTLESS AND TO THE DETRIMENT OF THE PETITIONER AND HIS FAMILY. PETITIONER RESIDES IN A CHAOTIC, DANGEROUS AND SWELTERING ENVIRONMENT. HE DESIRES TO SUPPORT HIS FAMILY, FINANCIALLY AND EMOTIONALLY.

WHEREFORE, PREMISES CONSIDERED, PETITIONER RESPECTFULLY REQUESTS THE COURT TO GRANT THIS MOTION.

A COPY OF THIS MOTION HAS BEEN SENT TO RESPONDENT ON THIS DATE JULY 26, 2000 AD.

ARMANDO SIMON
TDCJ #522486

7-26-00

TO THE HONORABLE JUDGE:

Petitioner, in his rebuttal, furnished the Court with a copy of his State petition, a document ordered by the Court on June 27 to be furnished by Respondent to the Court. Otherwise, Respondent's Motion for Summary Judgement would be stricken.

The Court should not make the mistake in thinking that Respondent complied with the order and thus that the motion should not be stricken.

*[signature]*
ARMANDO SIMON