UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| v. | § | C. A. NO. C-00-090 |
| | § | |
| GARY JOHNSON | § | |

**ORDER DENYING MOTION FOR HEARING**

Plaintiff has requested a hearing in his habeas corpus action (D.E. 21). The decision whether to conduct an evidentiary hearing in a habeas action is discretionary. Rule 8(a), Rules Governing § 2254 cases. No hearing is needed at this time; a Memorandum and Recommendation (D.E. 19) recommending dismissal is pending. Accordingly, the Motion for Hearing (D.E. 21) is DENIED.

SIGNED this ___3___ day of August 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE