United States District Court
Southern District of Texas
ENTERED

AUG 17 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ARMANDO SIMON §
§
V. § C.A. NO. C-00-90
§
GARY JOHNSON §

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO GRANT RESPONDENTS' MOTION FOR SUMMARY JUDGMENT

On July 24, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that respondents' motion for summary judgment on plaintiff's claims be granted and plaintiff's action be dismissed. On August 8, 2000, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge. Accordingly, it is

ORDERED that respondents' motion for summary judgment on plaintiff's claims is granted and plaintiff's action is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this \_\_11th\_\_ day of August, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2