United States District Court
Southern District of Texas
ENTERED

AUG 17 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| VS. | § | C.A. NO. C-00-90 |
| | § | |
| GARY JOHNSON | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Grant Respondents' Motion for Summary Judgment, the Court renders final judgment dismissing plaintiff's action.

ORDERED this 11st day of August, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE