IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 28 2000

MICHAEL N. MILBY CLERK

ARMANDO SIMON
v.
GARY JOHNSON

C.A. NO. C-00-90

# NOTICE OF APPEAL

Petitioner hereby notifies the Court that Petitioner will appeal the decision to the case abovementioned, in particular the <u>Final Judgement</u> and the <u>Order Adopting Memorandum and Recommendation to Grant Respondent Motion for Summary Judgement</u>, based on Petitioner's <u>Objections</u>, invoking herewith whatever specific incantation is necessary to get the appeal process started. The abovementioned <u>Order</u> and <u>Final Judgement</u> were entered on August 17, 2000 and received by Petitioner on August 22, 2000. Petitioner appeals to the U.S. Court of Appeals, Fifth Circuit Court. The above two documents were by District Judge Janis Graham Jack. Petitioner also appeals Magistrate Judge's Jane Cooper-Hill's <u>Memorandum and Recommendation on Cross Motions for Summary Judgement</u>.

Petitioner requests that all necessary and relevant documents be made available to the next level of the legal establishment. First class postage has been prepaid on 8-23-00

Subscribed and sworn before me