IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
AUG 28 2000
MICHAEL N. MILBY, CLERK

ARMANDO SIMON §
V. § C.A. NO. C-00-90
GARY JOHNSON §

## MOTION TO ALTER/AMEND JUDGEMENT

On July 25, Magistrate Judge's Recommendation stated that Petitioner's action should be dismissed. On August 8, Petitioner filed Objections; it very specifically points out errors of fact, not interpretation. On August 11, a Friday, District Judge signed an Order and Final Judgement against Petitioner's habeas corpus and motion for summary judgement.

It is very evident that District Judge did not read Petitioner's Objections, even a cursory reading, on that Friday. Magistrate Judge is flat out wrong on certain facts that she sites in the Recommendation and the record conclusively substantiates this. Petitioner was coerced into submitting to a polygraph; said polygraph was consulted in the parole revocation hearing; another, irrelevant, but equally coerced polygraph was included in the proceedings; both polygraphs were inserted into the record. Petitioner was not allowed to present witnesses or evidence at the hearing. Other instances can be found in Objections.

Whereupon, Petitioner requests of the Court to alter Judge-