IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 8 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| ARMANDO SIMON | § § § | |
| V. | § § | C.A. NO. C-00-90 |
| GARY JOHNSON | § § | |

# NOTICE OF APPEAL

Petitioner hereby notifies the Court that Petitioner will appeal the decision to the case abovementioned in particular the <u>Final Judgement</u> and the <u>Order Adopting Memorandum and Recommendation to Grant Respondent's Motion for Summary Judgement</u>, based on Petitioner's <u>Objections</u>, invoking herewith whatever specific incantation is necessary to get the appeal process started. The above mentioned <u>Order</u> and <u>Final Judgement</u> were enterd on August 17, 2000 and received by Petitioner on August 22, 2000. Petitioner appeals to the U.S. Court of Appeals, Fifth Circuit Court. The above two documents were by District Judge Janis Graham Jack. Petitioner also appeals Magistrate Judge's Jane Cooper-Hill's <u>Memorandum and Recommendation on Cross Motions for Summary Judgement</u>.

Petitioner request that all necessary and relevant documents be made available to the next level of the legal establishment. First class postage has been prepaid on 8-23-00.

Armando Simon
TDC# 522486
HC 02 BOX 985
Garza East
Beeville, Tx 78102