IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 28 2000

MICHAEL N. MILBY CLERK

ARMANDO SIMON  §
 §
 §
V. § C.A. NO. C-00-90
 §
 §
GARY JOHNSON §

## MOTION TO ALTER/ AMEND JUDGEMENT

 On July 25, Magistrate Judge's <u>Recommendation</u> stated that Petitioner's action should be dismissed. On August 8, Petitioner filed <u>Objections</u>; it very specifically points out errors of fact, not interpretation. On August 11, a Friday, District Judge signed an <u>Order</u> and <u>Final Judgement</u> against Petitioner's habeas corpus and <u>motion for summary judgement</u>.

 It is very evident that District Judge did not read Petitioner's <u>Objections</u>, even a cursory reading, on that Friday. Magistrate Judge is flat out wrong on certain facts that she cites in the <u>Recommendation</u> and the record conclusively subtantiates this. Petitioner was coerced into submitting to a polygraph; said polygraph was consulted in the parole revocation hearing; another, irrelevant, but equally coerced polygraph was included in the proceedings; both polygraphs were inserted into the record. Petitioner was not allowed to present witnesses or evidence at the hearing. Other instances can be found in <u>Objections</u>.

 Whereupon, Petitioner requests of the Court to alter judgement in favor of Petitioner by denying Respondent's Motion for Summary Judgement. Fed. R. Civ. P. 59.

_____
Armando Simon
TDC# 522486
HC 02 BOX 985
Garza East
Beeville, Tx 78102

31