United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON<br>TDCJ # 522486 | §<br>§<br>§ | |
| v. | § | C.A. No. 00-90 |
| GARY JOHNSON | §<br>§<br>§ | |

## APPELLATE *IN FORMA PAUPERIS* DEFICIENCY ORDER

Petitioner filed a notice of appeal from the final judgment dismissing his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the $105.00 appellate filing fee or filed an application for leave to proceed *in forma pauperis* on appeal. Fed. R. App. P. 24(a). Petitioner is advised that, in order to proceed with this appeal, he must either pay the entire filing fee or submit a completed application to proceed *in forma pauperis* within thirty days from the entry of this order. Failure to comply may result in the dismissal of this appeal for want of prosecution. 5th Cir. R. 42.3.

The Clerk is directed to forward a blank application to proceed *in forma pauperis* to petitioner with a copy of this order.

ORDERED this 29 day of August, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE