United States District Court
Southern District of Texas
ENTERED

AUG 3 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| VS. | § | C.A. NO. C-00-090 |
| | § | |
| GARY JOHNSON | § | |

### ORDER ON PETITIONER'S MOTIONS TO ALTER/AMEND JUDGMENT

Petitioner Armando Simon has filed Motions to Alter/Amend Judgment (D.E. 29 and D.E. 31). The Court will construe Petitioner's Motions to Alter/Amend Judgment as motions to reconsider its Order Adopting Memorandum and Recommendation and Final Judgment signed on August 11, 2000. Such motions to reconsider are hereby DENIED.

ORDERED this 30th day of August, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE