IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-90 |
| | § | |
| GARY JOHNSON | § | |

### ORDER ON PETITIONER'S MOTION FOR REHEARING

Petitioner Armando Simon has filed a Motion for Rehearing (D.E. 35), which the Court construes as a motion to reconsider its Order Adopting Memorandum and Recommendation and Final Judgment signed on August 11, 2000. This motion to reconsider is hereby DENIED.

ORDERED this 6th day of September, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE