UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 0 8 2000
Michael N. Milby, Clerk of Court

__Armando Simon__ §

VS. § CIVIL ACTION NO. __C-00-90__

__Gary L. Johnson__ §

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Motion for Rehearing__ ;

however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (LR11.3)   **Signature is a photocopy.**

2. ____ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1D)

6. ____ Separate proposed order not attached (LR7.1C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. ____ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __9-7-00__

(Re: D.E. #36)/smw

JUDGE PRESIDING