Application to Proceed

# United States District Court

United States District Court
Southern District of Texas
FILED

SEP - 8 2000

———— DISTRICT OF ————

MICHAEL N. MILBY CLERK

ARMANDO SIMON v. GARY L. JOHNSON

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: C.A. NO. C-0090

I, ARMANDO SIMON, declare that I am the (check appropriate box)

☒ petitioner/plaintiff  ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant  ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

APPEAL OF A WRIT OF HABEAS CORPUS

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   SELF-EMPLOYED BUYING AND SELLING MY OWN STOCKS WHICH I NO LONGER OWN, UP TO JULY 1, 1999, APPROXIMATELY $2K @ MONTH

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☒   No ☐

39

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

MY WIFE - POCKET MONEY - ABOUT $25 @ MONTH

3. Do you own any cash, or do you have money in checking or savings accounts?

    Yes ☒   No ☐   (Include any funds in prison accounts.)

    If the answer is "yes," state the total value of the items owned.

    $5 - $15

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

    Yes ☐   No ☒

    If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    TELLY AND AMANDA SIMON, WIFE & DAUGHTER, 0

6. I authorize the official in charge of Prisoner Accounts to release records pertaining to my Inmate Trust Account, as requested by the United Sates District Court for the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-5-00__
             (Date)                              Signature of Applicant

THE OFFICER ON THIS UNIT TOLD ME TO MAIL THIS TO YOU THEN WAIT FOR YOU TO MAIL IT BACK TO ME.

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____                    _____
Date                              Authorized Officer of Institution

**ORDER OF COURT**

| | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| The application is hereby denied | |

_____  _____    _____  _____
United States Judge   Date         United States Judge   Date
                                   or Magistrate Judge