IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-90 |
| | § | |
| GARY JOHNSON | § | |

## ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner appeals the denial of his § 2254 petition and moves this Court for leave to proceed on appeal *in forma pauperis* ("i.f.p.")(D.E. 39). 28 U.S.C. § 1915(a)(1).

The Court has reviewed petitioner's i.f.p. application and finds that petitioner is indigent. Accordingly, petitioner's application to proceed i.f.p. on appeal in GRANTED.

ORDERED this 14 day of September, 2000.

Jane Cooper-Hill
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE