United States District Court
Southern District of Texas
FILED

SEP 18 2000

MICHAEL N. MILBY CLERK

CA-C-00-90

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           09/14/00
NI46/JL02825              IN-FORMA-PAUPERIS DATA                     14:02:38
TDCJ#: 00522486 SID#: 03214270 LOCATION: GARZA EAST      INDIGENT DTE: 09/05/00
NAME: SIMON, ARMANDO                     BEGINNING PERIOD: 03/01/00
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:          0.00 3MTH TOT DEP:      80.00
6MTH DEP:          355.00 6MTH AVG BAL:         29.29 6MTH AVG DEP:      59.17
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/00       21.63        40.00           05/00       236.51         0.00
07/00       15.04        25.00           04/00       242.71       255.00
06/00       18.89        15.00           03/00        20.06        20.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF *Bee*
ON THIS THE *14th* DAY OF *September 2000* I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1--HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2000