United States District Court
Southern District of Texas
ENTERED
OCT 0 2 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-90 |
| | § | |
| GARY JOHNSON | § | |

### ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY AS MOOT

Came on to be considered Petitioner Armando Simon's Petition for Certificate of Appealability. On September 1, 2000, the Court construed Petitioner's Notices of Appeal (D.E. 28, 30) as a Motion for Certificate of Appealability and denied such motion (D.E. 34). Because the Court has already ruled on the COA issue, the instant Petition for Certificate of Appealability is DENIED as moot.

ENTERED on this the 29th day of September, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE