United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2000

Michael N. Milby, Clerk of Court

45.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARMANDO SIMON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-90 |
| | § | |
| GARY JOHNSON | § | |

## ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY AS MOOT

Came on to be considered Petitioner Armando Simon's Petition
for Certificate of Appealability (D.E. 44).  On September 1,
2000, the Court construed Petitioner's Notices of Appeal (D.E.
28, 30) as a Motion for Certificate of Appealability and denied
such motion (D.E. 34).

On September 26, 2000, the Court denied Petitioner's first
Petition for Certificate of Appealability (D.E. 42) because the
COA issue had already been decided and was therefore moot (D.E.
43).  For the same reason, the instant Petition for Certificate
of Appealability (D.E. 44) is DENIED as moot.

ENTERED on this the ___15th___ day of October, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com