United States District Court
Southern District of Texas
FILED

NOV 06 2000

Michael N. Milby, Clerk

# IN THE U.S. COURT OF APPEALS
# FIFTH CIRCUIT COURT

| | | |
|---|---|---|
| **ARMANDO SIMON** | § | |
| | § | NO. 00-41026 |
| v. | § | |
| | § | USDC NO. C-00-CV-90 |
| **GARY JOHNSON** | § | |

## WRIT OF MANDAMUS

### I

Petitioner was revoked on July 1, 1999 of his parole on two technical violations, to wit, that he was subscribed to the internet when his wife subscribed his noncustodial son to AOL, and, secondly, that he used the son's computer with which to check stock prices. Neither computers, nor the internet, nor stocks were ever a factor in the original offence. Petitioner has been incarcerated for 16 months on the basis of this revocation.

### II

Petitioner filed a writ of habeas corpus at the U.S. District Court in Corpus Christi on February 2000 invoking First, Fifth, and Fourteenth Amendments, particularly censorship by the State. On July 2000, Magistrate Judge recommended dismissal which was accepted by District Judge in Her Final Judgement on August 11, in spite of Petitioner's Objections, citing over a dozen errors of fact in Magistrate Judge's Recommendation. On August 31, District Judge denied a Certificate Of Appealability ( COA ) weeks before Petitioner even submitted one. On September 26, Petitioner filed a COA which was to be submitted to a Circuit Judge, not a District Judge,

as per Fed. Civ.Rule App. 22 (B)(1). This submission, however, was to be nullified should there be some rule, somewhere, that by doing so Petitioner forfeits his chances of having his COA considered outside of Texas; none has been cited, nor found by Petitioner. On October 15th the COA was denied by the same District Judge, not a Circuit Judge, and the Clerk of the Court notified Petitioner that all further COAs should be directed to The Court of Appeals.

### III

WHEREFORE PREMISES CONSIDERED, PETITIONER prays that the Court Order the U.S. District Court of Corpus Christi to submit Petitioner's COA to a Circuit Judge.

Armando Simon
TDC# 522486
East Garza Unit
HC 02 BOX 985
Beeville, Tx 78102

### CERTIFICATE OF SERVICES

Respondent was sent a copy of this writ on October 27, 2000.