United States District Court
Southern District of Texas
FILED

DEC 0 8 2000

MICHAEL N. MILBY CLERK

12-5-00

TO HONORABLE CLERK:

All future correspondence directed to Armando Simon of case # CA-C-0090, Simon v. Johnson (or Scott), should be henceforth changed to:

Armando Simon
12306 Lone Shadow Trail
Live Oak, Tx 78233-2707
Tel: 210-651-3225

Thank you.

*Armando Simon*

47.

ClibPDF - www.fastio.com