United States District Court
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DEC 14 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Armando Simon | § | |
| VS. | § | CIVIL ACTION NO. C-00-90 |
| Gary Johnson | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Notice of Change of Address__ ;
however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. _X_ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action. *Petitioner shall serve a copy of the change of address on the office of the Attorney General within 10 days, and may re-file the Notice with a certificate of service at that time.*

Dated: __12-13-00__
(Re: D.E. #47)/smw

_____
JUDGE PRESIDING