IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U. S. COURT OF APPEALS
FILED
FEB 7 2001
CHARLES R. FULBRUGE III
CLERK

No. 00-41026
USDC No. C-00-CV-90

ARMANDO SIMON,

    Petitioner-Appellant,

versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division,

    Respondent-Appellee.

United States District Court
Southern District of Texas
FILED
FEB 1 2 2001
MICHAEL N. MILBY CLERK

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

    IT IS ORDERED that Texas state prisoner (# 522486) Armando Simon's application for a certificate of appealability (COA) is DENIED. A COA is not granted unless there is a substantial showing of the denial of a constitutional right to the habeas corpus petitioner-applicant. 28 U.S.C. § 2253(c). Simon has not made such a showing relative to his contentions that (1) special conditions imposed relative to his mandatory release violated his constitutional rights; (2) his rights were violated by his having to take an annual polygraph exam and by the admission into evidence of reports of such exams at his revocation hearing; (3) he was denied due process at his hearing; and (4) the

O R D E R
No. 00-41026
- 2 -

evidence was insufficient to prove that he violated mandatory release conditions.

IT IS FURTHER ORDERED that Simon's applications for injunctive relief and mandamus are DENIED.

*[signature]*
RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By *[signature]*
Deputy

New Orleans, Louisiana   2-7-01